# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | | |
|---|---|---|
| **JESSICA SECHLER**, | * | Civil No. 14-cv-4078-MWB |
| Plaintiff, | * | |
| v. | * | **COMPLAINT** & **JURY DEMAND** |
| **HARVEST INTERNATIONAL, INC.**, | * | |
| Defendant. | * | |

**COMES NOW** the Plaintiff, Jessica Sechler, by and through her attorneys, LeGrant Law Firm, P.C., and for her cause of action against Defendant Harvest International, Inc. states as follows:

## JURISDICTION AND VENUE

1. This is an employment-related action authorized by and instituted pursuant to the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12112 et seq. (as amended), and the Iowa Civil Rights Act, Chapter 216 of the Code of Iowa.

2. The original jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1331.

3. The Court has supplemental jurisdiction over the Iowa Civil Rights Act claims pursuant to 28 U.S.C. § 1367.

4. The unlawful employment practices alleged below were committed within the Northern District of Iowa, Western Division. Therefore, venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

1

## PARTIES

5.  The Plaintiff, Jessica Sechler, is and was, at all times relevant hereto, a citizen and resident of Meriden, Cherokee County, Iowa.

6.  Upon information and belief, Defendant Harvest International, Inc. ("Harvest International") is a domestic for-profit corporation, with its principal place of business in Storm Lake, Iowa.

## CONDITIONS PRECEDENT

7.  Sechler filed, within 300 days from the date of the last unlawful employment-related action of which she complains, a charge of discrimination against Defendant Harvest International, Inc. with the Equal Employment Opportunity Commission and Iowa Civil Rights Commission.

8.  On July 24, 2014, the Iowa Civil Rights Commission issued an Administrative Release (Letter of Right-to-Sue) on behalf of Sechler, a copy of which is attached hereto as Exhibit 1.

9.  On September 17, 2014, the Equal Employment Opportunity Commission issued a Notice of Right to Sue on behalf of Sechler, a copy of which is attached hereto as Exhibit 2.

## COUNT I
### Disability/Perceived Disability Discrimination
### Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12112 et seq. (as amended)

10. Sechler incorporates by reference all preceding paragraphs as if set forth fully herein.

11. Harvest International is an employer subject to the ADA.

2

12. Harvest International employed Sechler from December 13, 2010, until the termination of her employment on January 27, 2014.

13. During her employment with Harvest International, Sechler suffered from a physical condition—and specifically, Multiple Sclerosis—that substantially limited her in one or more major life activities.

14. Sechler's condition constitutes an actual disability under the ADA.

15. Alternatively, Harvest International perceived that Sechler suffered from a disability.

16. Harvest International terminated Sechler's employment due to her disability.

17. Alternatively, Harvest International terminated Sechler's employment due to her perceived disability.

18. Harvest International's conduct violated the ADA.

19. As a proximate cause of Harvest International's unlawful conduct, Sechler has suffered damages.

20. Because Harvest International engaged in intentional discrimination with malice or with reckless indifference to Sechler's federally protected rights, Sechler is entitled to punitive damages.

**WHEREFORE** the Plaintiff, Jessica Sechler, respectfully prays that this Court enter judgment against Defendant Harvest International, Inc. and award her damages for lost wages, lost benefits, emotional distress, mental anguish, compensatory relief, punitive damages, reasonable attorney's fees, equitable relief, court costs, with interest as provided by law, and such other and further relief as the Court deems just and equitable.

## COUNT III
### Disability/Perceived Disability Discrimination
### Iowa Code, Chapter 216 (Iowa Civil Rights Act)

21. Sechler incorporates by reference all preceding paragraphs as if set forth fully herein.

22. Defendant Harvest International, Inc. is an employer subject to the Iowa Civil Rights Act.

23. Sechler's condition constitutes an actual disability under the Iowa Civil Rights Act.

24. Sechler's disability was a motivating factor in Harvest International's decision to terminate her employment.

25. Alternatively, Sechler's perceived disability was a motivating factor in Harvest International's decision to terminate her employment.

26. Harvest International's conduct violated the Iowa Civil Rights Act.

**WHEREFORE** the Plaintiff, Jessica Sechler, respectfully prays that this Court enter judgment against Defendant Harvest International, Inc. and award her damages for lost wages, lost benefits, emotional distress, mental anguish, compensatory relief, reasonable attorney's fees, equitable relief, court costs, with interest as provided by law, and such other and further relief as the Court deems just and equitable.

## JURY DEMAND

27. Sechler hereby demands a trial by jury in this matter.

Respectfully Submitted,

**LeGRANT LAW FIRM, P.C.**


By  /s/ Margret E. White
Andrew L. LeGrant        AT0008908
Margret E. White         AT0012018
2900 100th Street, Suite 304
Urbandale, Iowa 50322
Telephone: (515) 331-6500
Facsimile:  (855) 331-6509
Email: alegrant@legrantlaw.com
Email: mwhite@legrantlaw.com

ATTORNEYS FOR PLAINTIFF


Original filed.

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on  September 19, 2014
By:_____  U.S. Mail            _____  Facsimile
    _____  Hand Delivered      _____  Overnight Courier
    _____  Certified Mail        X     Other: CM/ECF

Signature   /s/ Margret E. White

5