# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | | |
|---|---|---|
| **JESSICA SECHLER**, | * | 14-cv-4078-MWB |
| Plaintiff, | * | |
| v. | * | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| **HARVEST INTERNATIONAL, INC.**, | * | |
| Defendant. | * | |

**COME NOW** the parties to this action, by and through their respective undersigned counsel, and stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1) that the above-captioned action is dismissed in its entirety with prejudice, with each party responsible for its own costs and attorneys' fees.

Respectfully Submitted,

**LeGRANT LAW FIRM, P.C.**

By  /s/ Andrew L. LeGrant
Andrew L. LeGrant     AT0008908
Margret E. White     AT0012018
2900 100th Street, Suite 304
Urbandale, Iowa 50322
Telephone: (515) 331-6500
Facsimile: (855) 331-6509
Email: alegrant@legrantlaw.com
Email: mwhite@legrantlaw.com

ATTORNEYS FOR PLAINTIFF

1

**Faegre Baker Daniels LLP**

/s/ Emily S. Hildebrand Pontius
Michael A. Giudicessi
 michael.giudicessi@faegrebd.com
Emily S. Hildebrand Pontius, *Lead Counsel*
 emily.pontius@faegrebd.com
Samantha M. Rollins
 samantha.rollins@faegrebd.com
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8011
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

Attorneys for Defendant Harvest International, Inc.